THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

December 27, 2019

*Via* ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2020
```

1/6/20

*Pretrial to remove monitoring bracelet to allow Ms. Monsanto to have MRI on Friday, January 10, 2020. The monitor is to be reattached after the MRI.*

The Honorable Colleen McMahon
Chief Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Mayra Monsanto,* 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

As discussed at our conference on December 17, 2019, Ms. Monsanto's physicians have ordered that she undergo a Magnetic Resonance Imaging scan ("MRI") to aid in her medical treatment. Pretrial Services has indicated that it needs an order of the Court in order to temporarily remove Ms. Monsanto's location monitoring ankle bracelet, although they have indicated that she is a prime candidate for removal of the bracelet altogether.

Ms. Monsanto has an MRI scheduled for ~~December 30, 2019,~~ January 10, 2020, 12:45pm, at Columbia Orthopedics, The Allen Pavilion, 5141 Broadway, 3rd Floor West, Room 22, New York, New York 10034. Accordingly, we respectfully request that, in coordination with Pretrial Services, Ms. Monsanto's location monitoring ankle bracelet temporarily be removed in order for her to receive the MRI scan at the above date, time, and location. Thank you.

Respectfully submitted,

/s/

**MEMO ENDORSED**

César de Castro

cc:   All counsel of record (by ECF)