# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
### ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

**MEMO ENDORSED**

4/17/20

Sentencing Adj to July 16, 2020 at 3PM.

*[signature]*

April 9, 2020

*Via* **ECF**

The Honorable Colleen McMahon
Chief Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Mayra Monsanto*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

I represent Mayra Monsanto in the above-referenced matter. I write to request that Ms. Monsanto's sentencing be rescheduled from April 30, 2020, to any day the weeks of July 13, 20, or 27, 2020, at a time convenient for the Court. An adjournment of Mr. Monsanto's sentencing is necessary given the global pandemic that has affected my ability to meet and speak to my client and the necessary affect it has had on Court operations. Ms. Monsanto, a sixty-two-year-old woman with a myriad of health conditions, is suffering from what appears to be the COVID-19. I have conferred with the government and it joins in this application.

Respectfully submitted,

*[signature]*

César de Castro

*[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/17/20]*